UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY PENN,

    Plaintiff,

vs.                                                                        Case No.: 11-10800
                                                                      HON. GEORGE CARAM STEEH

DEPUTY EVANS, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Plaintiff Tony Penn filed a motion for reconsideration of the court's order accepting magistrate judge's report and recommendation.  In his pleading, plaintiff explains that he mailed objections to the report and recommendation on March 23, 2011.  Said objections were not received by the court and are not part of the record in this case.  However, the court will permit plaintiff to re-file his objections to the report and recommendation.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff may re-file his objections to the magistrate judge's report and recommendation on or before May 19, 2011.

Dated:  April 28, 2011

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 28, 2011, by electronic and/or ordinary mail and also to Tony Penn at Bellamy Creek Correctional Facility, 1727 West Bluewater Highway, Ionia, MI 48846.

s/Marcia Beauchemin
Deputy Clerk